#3

15BG1DAD

RECEIVED

FEB 0 1 2022

2:22CV181

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

IFP



AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: WESTERN District of PENNSYLVANIA |
|---|---|
| Name (under which you were convicted): David WONTAE Fitzgerald | Docket or Case No.: 188DB 2:22CV181 |
| Place of Confinement : Butler County Prison | Prisoner No.: 035835 |
| Petitioner (include the name under which you were convicted) DAVID WONTAE Fitzgerald | Respondent (authorized person having custody of petitioner) PENNSYLVANIA PAROLE Board, Parole Agent, Jennifer Schaeffer, Parole Supervisor, Nathan Simon, District Director, Robert E. Petrarco |
| v. | |
| The Attorney General of the State of: PENNSYLVANIA | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Commonwealth of PENNSYLVANIA, PENNSYLVANIA Parole Board, 1101 S. Front Street, Harrisburg, PA. 17104-2519

   (b) Criminal docket or case number (if you know): 188DB (Parole Number)

2. (a) Date of the judgment of conviction (if you know): July 01, 2021

   (b) Date of sentencing: 05/26/2021 (Date of warrent to committ and Detain)

3. Length of sentence: _____

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Violation of condition #5B: Possession of a FireARm, violation of condition #7 Failure to Abide by imposed curfew

6. (a) What was your plea? (Check one)

   ☒ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty             ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury   ☒ Judge only  *violation hearing*

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes   ☒ No

8.   Did you appeal from the judgment of conviction?

    ☐ Yes   ☒ No

9.   If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes   ☐ No

(7) Result: Violation hearing: Recommitted as a Technical Parole violator to A State correctional institution/contracted county Jail to serve 6 moths, pursuant to Act 122 of 2012

AO 241 (Rev. 09/17)

(8) Date of result (if you know):  _January 21, 2021_____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes    ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☐ No

(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Double Jeopardy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was arrested on 9/17/2020 on New criminal charges Namely possession of a firearm. I was detained by state parole until the outcome of the criminal charges. on 11/30/2020 warrant to detain was lifted and another warrant to detain was lodged against me the same day. 12/1/2020, technical violations were filed against me and I had a violation hearing on those violation charges. (1/11/2021) Board decision on 1/21/2021 to Recomit as TPV to serve 6 months. Got rearrested by ATF for same firearm and state parole detained me again

(b) If you did not exhaust your state remedies on Ground One, explain why: My public defender that represented me at my detention hearing (6/22/2021) said that she would file administrative relief as long as I remained in Allegheny county. I was transfered the next day to Butler county and was unable to recieve assistance from Butler county public defender office. (Leann Kowalski public defender) that represented me at my detention hearing

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

    (2) If you did not raise this issue in your direct appeal, explain why: <u>NO direct Appeal filed</u>

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes  ☒ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

    (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: <u>N/A</u>

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:**   Violation of the fifth Amendment

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I am being held and punished twice by the state parole board for the same offense that I was just held, detained and punished for. This case stems from the same case on 9/17/2020 in which I was already detained and punished for. parole agents supporting facts from 9/17/2020 and the new charges state that my charges stem from 9/17/2020. 9/17/2020 I was arrested by swissvale police and charged with a firearm with serial number TL091315, The ATF RE-Arrest me on 5/26/2021 for charges that stem from 9/17/2020 and charge me with A firearm with same serial number TL091315. In both Reports its also same model. I am being punished twice for same offense and recieving successive punishmen

(b) If you did not exhaust your state remedies on Ground Two, explain why:   My public defender that represented me at my detention hearing (6/22/2021) said that she would file administrative relief as long as I remained in Allegheny county. I was transferred the next day to Butler county and was unable to recieve assitance (Leann Kowalski)

(c)   **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

    _____

    _____

(d)   **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes    ☒ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed:

    _____

    _____

    Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:**      Detained Twice for the same offense

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): other charges. The
I got Arrested on 9/17/2020 few possession of a firearm and Other Charges. The
Charges were withdrawn on 11/25/2020 And State Parole continued to keep me detained
pending violation for possession of firearm. Violation hearing took place on 1/11/2021 with
board decision on January 21, 2021, To recommit as a technical parole violator to a state
correctional institution to serve 6 months. I served my 6 month sentence and was
released on 3/17/2021. I got re-arrested on 5/26/2021 and got re-charged by the ATF
for possession of that same firearm, same case and same incident that stem from
the same day 9/17/2020. I should not be detained again by state parole being as
that I already was detained and served time already for this SAME firearm. This is
successive punishment for the same offense and i already been prosecuted for this firearm

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *My public defender that represented me at my detention hearing (6/22/2021) said that she would file Administrative relief as long as i remained in Allegheny county. I was transfered the next day to Butler county and was unable to recieve assitance*

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     *N/A*

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** Double Jeopardy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My new case which is my indictment for the United States
District court for the western District of Pennsylvania. Indictment
states that the grand Jury charges me with the charges from September
17, 2020. Knowing possessed a firearm Taurus 9mm serial number
TL091315. (see indictment) clearly being the same firearm in the
Swissvale police report on 9/17/2020 being the same model with same
serial number (TL091315, see police report. I was already punished and serve 6
months for this fire arm

(b) If you did not exhaust your state remedies on Ground Four, explain why:

public defender that represented me at detention hearing was unable to
file administrative relief due to the fact that i was no longin
Allegheny county. I was unable to recieve assistance from
Butler county.

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

   (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

           having jurisdiction?   ☐ Yes   ☒ No

           If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

           presenting them:   Ground ONE     Ground TWO    Ground Three

           SEE ~~subsecti~~ subsection 13(b) Ground four

           _____

           _____

   (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

           ground or grounds have not been presented, and state your reasons for not presenting them:

           _____

           _____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

        that you challenge in this petition?   ☐ Yes   ☒ No

        If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

        raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

        of any court opinion or order, if available.   _____

        _____

        _____

        _____

        _____

        _____

        _____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

        the judgment you are challenging?   ☐ Yes   ☒ No

        If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

        raised.   _____

        _____

        _____

        _____

Page 13 of 16

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: Violation hearing - Attorney Steven Johnston

Clearfield county public defender's office 231 E. Market street, clearfield, PA. 16830

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: State parole detainer removed, released from state parole detainer and no futher parole violations for this paticular matter. Ramove State parole detainer

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  1/27/2022  (month, date, year).

Executed (signed) on  01/27/22 .(date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____